UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Cr. No. 05-425 (RCL) |
| | ) | |
| **EDWARD OLIVER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Upon consideration of Defendant's Motion to Suppress Tangible Evidence and finding good cause shown, it is this ___ day of _____, 2006, hereby

ORDERED that the motion is GRANTED.

_____
THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

Copies to:

Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste. 550
Washington, D.C.  20004

Catherine Connelly
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530