### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cr. No. 05-425 (RCL) |
| ) | |
| EDWARD OLIVER, ) | |
| ) | |
| Defendant. ) | |

### UNOPPOSED MOTION TO CONTINUE MOTIONS HEARING DATE

Mr. Edward Oliver, the defendant, through undersigned counsel, respectfully moves this Honorable Court to continue the motions hearing date in this case presently scheduled to begin on Thursday, February 2, 2006 at 10:00 a.m. In support of this motion, counsel states:

Undersigned counsel will be assisted by A.J. Kramer, Federal Public Defender for the District of Columbia, throughout the proceedings in this case. On February 2, 2006, Mr. Kramer is unavailable due to his required presence at the Defender Services Annual Administrative Meeting for Federal Public Defenders. Mr. Kramer will be attending that meeting from January 30, 2006 and will return on February 2, 2006.

On the behalf of the Defendant, and in the interest of justice, undersigned counsel requests that the motions hearing in this matter be continued. Further, the government, per Assistant United States Attorney Catherine Connelly, does not oppose this request. Undersigned counsel contacted the deputy clerk for this Court whereby it was indicated that the date of February 3, 2006 was available.

WHEREFORE, counsel for the Defendant respectfully requests that this motion be granted and the motions hearing be re-scheduled for February 3, 2006.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

   /s/
_____
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500