UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.  ) | Cr. No. 05-425 (RCL) |
| ) | |
| **EDWARD OLIVER,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

Upon consideration of Defendant, Mr. Edward Oliver's Unopposed Motion to Continue the Motions Hearing Date, and in light of the entire record in this matter, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the February 2, 2006 motions hearing date is hereby vacated; and it is further

**ORDERED** that the motions hearing in this matter is rescheduled for __February 3__, 2006 at ___:___ a.m..

**IT IS SO ORDERED** this _____ day of _____, 2006.

_____
THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

Copies to:

Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste. 550
Washington, D.C.  20004

Catherine Connelly
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530