UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | )   Criminal No. 05-425 (RCL) |
| **EDWARD OLIVER,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

Upon consideration of defendant's Unopposed Motion [9] to Continue the Motions Hearing Date, and in light of the entire record in this matter, it is hereby

ORDERED that defendant's Unopposed Motion [9] to Continue the Motions Hearing Date is GRANTED; it is further

ORDERED that the February 2, 2006 motions hearing date is hereby vacated; and it is further

ORDERED that the motions hearing in this matter is rescheduled for February 3, 2006 at 10:00 a.m.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 13, 2006.