UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-425 (RCL)** |
| | : | |
| v. | : | |
| | : | |
| **EDWARD OLIVER** | : | |

## ORDER

Upon consideration of the Defendant's Motion to Suppress Statements, the Government's Opposition thereto, and the record herein, it is this _____ day of _____, 2006, hereby

ORDERED, that the Defendant's Motion be Denied.

_____
UNITED STATES DISTRICT JUDGE

copies to:

Catherine K. Connelly
Assistant U.S. Attorney
Major Crimes Section, Rm 4484
555 4th Street, N.W.
Washington, D.C. 20530

Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004