UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-425 (RCL) |
| | : | |
| v. | : | |
| | : | |
| EDWARD OLIVER | : | |

## GOVERNMENT'S NOTICE OF EXPERT TESTIMONY

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following notice of expert testimony:

**Fingerprint Expert**: The government may call a fingerprint expert to testify at trial. She may testify about the following subjects: the taking of fingerprints; how fingerprints are left; how fingerprints are lifted; the factors that affect the taking of fingerprints; the comparison of prints; and the identification of prints if there are sufficient "points" to render a print usable. Due to the volume of cases being presented in both Superior and District Court, it is unclear which witness will be available to testify if needed. The government will most likely call Mary Jones, who was the expert who examined the fingerprints in this case. She has many years of experience and her resume is attached to this Notice as Exhibit A. The government may call George L. Anderson, III, as an expert. His qualifications include: 33 years as a fingerprint examiner (25 years at the FBI and 8 years at the MPD); a degree in criminology from American University; one year of FBI fingerprint school; FBI fingerprint seminars; and hundreds of thousands of fingerprint analyses. The government may also call an experienced Mobile Crime Scene Technician as an expert, such as Officer Erik Branson, if the above are unavailable.

**DEA Chemist:**.   The government anticipates calling the chemist who conducted the drug

1

analysis in this case, absent a stipulation. The chemist will testify as to the findings in his report. He will provide expert testimony that the drugs analyzed were in fact cocaine base. He will discuss the chemical process and the procedures followed to safeguard the samples as they come to them for analysis. I will provide you with a copy of his resume prior to trial.

**Firearms Expert:** The government anticipates calling an ATF agent to testify as to the weapon's origin, its nexus to interstate transport, and/or its applicability for prosecution under the United States Code (e.g., that the weapon is a "firearm" and that the ammunition is "ammunition" as defined by the United States Code). Due to the volume of cases being presented in both Superior and District Court, it is unclear which witness will be available to testify if needed. The government will most likely call ATF Agent Matthew Colllins. His resume is attached to this Notice as Exhibit B.

Ms. Jones, the DEA chemist, and Agent Collins are available to discuss their testimony with you at your convenience. Please contact me at (202) 616-3384, and I will provide you with the necessary contact information.

Respectfully submitted,
KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451058

_____
Catherine K. Connelly
Assistant United States Attorney
Major Crimes Section, Mass. Bar No. 649430
555 4th Street, N.W.  #4844
Washington, DC 20001
Office: 202-616-3384
Fax: 202-353-9414

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I caused a copy of the foregoing to be served by mail upon the attorney for the defendant, Dani Jahn, this 8th day of February, 2006.

                                                                                   _____
                                                                                  Catherine Connelly
                                                                                  Assistant United States Attorney

# EXHIBIT A

**EXHIBIT B**