# EXHIBIT A

*MARY E. JONES*
*FINGERPRINT SPECIALIST*
*METROPOLITAN POLICE DEPARTMENT*
*LATENT FINGERPRINT SECTION*
*WASHINGTON, D.C. 20001*

SUBJECT:    Qualifications and Background

**PRESENT EMPLOYMENT**
Metropolitan Police Department
Latent Fingerprint Section
300 Indiana Ave. N.W
Washington, D.C. 20001
From: October, 1989- Present Date

**PRESENT DUTIES and RESPONSIBILITIES**

**Fingerprint Specialist-** *I examine latent fingerprint cases involving fragmentary fingerprint impressions, which may consist of fingerprints, palm impressions and sometimes footprints, of various crimes, to determined if they are suitable for comparison purposes. Compare latent impressions to known inked impressions of suspects or subjects. Analyze and process deceased person fingerprints and palm prints to establish a tentative identification. I develop latent prints from various porous items mixing chemical solutions or powders then using basic photography in preserving the latent for a later date. Encodes latent fingerprints into the Printrak Computer System for the purpose of establishing an identity and to add to the computer database. Prepare written reports of my findings. Prepare charts or exhibits for court. Provides expert testimonies on all fingerprint matters.*

**PAST EMPLOYMENT**

**FBI**
10th & Pa. Ave N.W.
Washington, D.C.
Title: Fingerprint Examiner
From: December, 1988 –October, 1989

**Washington Times Newspaper**
3600 New York Ave. N.W.
Washington, D.C.
Title: Clerk/Driver
From: June, 1987- September, 1988

*Contd. Page 2*                                                              *Mary E. Jones*

*United States Postal Services*
*Temple Hills, Maryland*
*Title: Letter Carrier*
*From: September, 1986 – May, 1987*

*FBI*
*10th & Pa. N.W.*
*Washington, D.C.*
*Title: Fingerprint Examiner*
*From: June, 1970 – September, 1986*

## FINGERPRINT EDUCATIONAL BACKGROUND AND TRAINING

*In 1970 to 1971- One (1) year of basic fingerprint training at the FBI, training consisted of the Henry's Classification System in **classifying, searching and filing procedures in fingerprints six(6) months of classroom instruction and six (6) months of actually doing the work under close and direct supervision.** Worked in various units pertaining to fingerprints matters. Worked as a Special Searcher, whose duties were to classify and search extremely difficult fingerprints, such as mutilations, burns and amputated fingerprints to establish a tentative identification. Assisted Student Instructors in training newly assign employees.*

*In 1992 to 1993 – under the administration of the **Metropolitan Police Department**, one (1) year of advanced latent fingerprint training, this training specialized in the **comparisons, development, and the techniques in the use of latent fingerprints.** Knowing the **History of fingerprints**, using **various chemicals and powders** for the development of latent fingerprints. Using **basic photography.** How to process deceased person's fingerprint when they are imperfected. How to write reports of your findings, and to prepare **charts or exhibits** for court testimony.*

*In 1993 attended **FBI Academy for Advanced Latent Fingerprint Training in Quantico, Virginia**, a three (3) day training in all aspects of fingerprint techniques, how to develop latent fingerprints from crime scene and participate in moot court sessions.*

*I have been requested and subpoenaed to testify in court regarding fingerprint matters, in the **United States District Court and DC Superior Court** here in Washington, D.C. and Maryland Circuit Court in Upper Marlboro, Maryland.*

## OTHER FACTORS

*I'm presently a member of the **IAI** (International Association for Identifications).*
*I have more than **thirty-three (33)** years of experience in the **field of fingerprints.***