UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Cr. No. 05-425 (RCL) |
| ) | |
| **EDWARD OLIVER,** ) | |
| ) | |
| **Defendant.** ) | |

**JOINT MOTION TO CONTINUE TRIAL DATE**

The parties in this case respectfully request that the Court vacate the trial date in this case, which is currently scheduled for February 21, 2005 at 10:00 a.m. Assistant United States Attorney Brian Rogers has authorized undersigned counsel to file this as a joint request.

The basis for this request revolves around several last minute developments regarding discovery issues and witness availability.

Both parties have been advised that the Court has availability beginning on Monday, February 27, 2006, and therefore request that the trial be set at that time. Further, both parties request that the date of February 21, 2006, at 10:00 a.m. remain on the docket for purposes of a status hearing.

WHEREFORE, counsel for both parties respectfully request that this motion be granted and the trial date be re-scheduled for February 27, 2006.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

  /s/

_____
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500