UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Cr. No. 05-425 (RCL) |
| ) | |
| **EDWARD OLIVER,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

Upon consideration of the Joint Motion to Continue the Trial Date, and in light of the entire record in this matter, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the February 21, 2006 trial date is hereby vacated; however such date and time will remain for a status hearing; and it is further

**ORDERED** that the trial in this matter is rescheduled for   February 27 , 2006 at 10 :00  a.m.

**IT IS SO ORDERED** this _____ day of _____, 2006.

_____
THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

Copies to:

Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste. 550
Washington, D.C.  20004

Brian Rogers
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530