UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 05-425 (RCL) |
| **EDWARD OLIVER,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon consideration of the Joint Motion [18] to Continue Trial Date and the entire record in this matter, it is hereby

ORDERED that the Joint Motion [18] to Continue Trial Date is GRANTED; it is further

ORDERED that the February 21, 2006 trial date is VACATED; it is further

ORDERED that a status hearing shall be held on February 21, 2006 at 10:00 a.m.; it is further

ORDERED that the trial in this matter shall begin on Friday, February 24, 2006, at 2:00 p.m.; based on the representations of counsel, trial is anticipated to last no longer than three days.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, February 15, 2006.