UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal Case No. 05-425 (RCL) |
| | : | |
| **EDWARD OLIVER** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**GOVERNMENT'S PROPOSED JURY INSTRUCTIONS**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits the following proposed jury instructions, taken from Criminal Jury Instructions for the District of Columbia:

**Instructions Before and During Trial**

1.02        Notetaking

1.03        Preliminary Instruction Before Trial

1.04A       Stipulation of Fact

1.04B       Stipulation of Testimony

1.05        Cautionary Instruction Prior to First Recess

1.08        Expert Testimony

1.10        Evaluation of Prior Inconsistent Statement of a Witness (if necessary)

1.11        Evaluation of Prior Consistent Statement of a Witness (if necessary)

1.12        Impeachment by Proof of Conviction of a Crime–Witness (if necessary)

1.13        Impeachment by Proof of Conviction of Crime–Defendant (if necessary)

1.14        Impeachment of Defendant–Statements (if necessary)

**Final Instructions**

2.01   Function of the Court

2.02   Function of the Jury

2.03   Jury's Recollection Controls

2.04   Evidence in the Case

2.05   Statements of Counsel

2.06   Indictment or Information Not Evidence

2.07   Inadmissible and Stricken Evidence

2.08   Burden of Proof - Presumption of Innocence

2.10   Direct and Circumstantial Evidence

2.11   Credibility of Witnesses

2.14   Nature of Charges Not to be Considered

2.26   Police Officer's Testimony

2.27   Right of Defendant Not to Testify

2.28   Defendant as Witness

2.71   Selection of Foreperson

2.72   Unanimity

2.73   Exhibits During Deliberations

2.74   Possible Punishment Not Relevant

2.75   Communications Between Court and Jury During Jury's Deliberations

**Definitions and Proof**

3.02   Proof of State of Mind

3.07   "On or About" – Proof of

3.08   Possession – Defined

**Offense**

4.28        Possession of a Controlled Substance

4.49        Possession of Firearm After Conviction of Felony

**Government's Proposed Special Instructions**

**Reasonable Doubt**

The government requests that in place of Instruction 2.09 from <u>Criminal Jury Instructions for the District of Columbia</u>, this Court give Instruction 21, Definition of Reasonable Doubt, from Pattern Criminal Jury Instructions, which was approved by this circuit in <u>United States v. Taylor</u>, 997 F.2d 1551, 1555-56 (D.C. Cir. 1993). That instruction reads as follows:

As I have said many times, the government has the burden of proving the defendant guilty beyond a reasonable doubt. Some of you may have served as jurors in civil cases, where you were told that it is only necessary to prove that a fact is more likely true than not true. In criminal cases, the government's proof must be more powerful than that. It must be beyond a reasonable doubt.

Proof beyond a reasonable doubt is proof that leaves you firmly convinced of the defendant's guilt. There are very few things in this world that we know with absolute certainty, and in criminal cases the law does not require proof that overcomes every possible doubt. If, based on your consideration of the evidence, you are firmly convinced that the defendant is guilty of the crime charged, you must find him guilty. If on the other hand, you think there is a real possibility that he is not guilty, you must give him the benefit of the doubt and find him not guilty.

**Legality of the Officers' Actions**

The government requests that the following instruction be given concerning the actions of the police officers in this case:

It is my responsibility to rule on legal questions. In that regard, the Court has already determined as a matter of law that the actions of the police officers in this case were lawful acts of law enforcement officers performing law enforcement duties.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451058

_____

Brian Rogers
Assistant United States Attorney
Maryland Bar
Federal Major Crimes Section
555 4th Street, NW, Room 4712
Washington, DC 20530
(202) 616-1478