## **STATEMENT OF THE CASE**

This is a criminal case.  Defendant Edward Oliver is charged with Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, and with Simple Possession of a Controlled Substance, namely cannabis, also known as marijuana.  The government alleges that this occurred on or about November 2, 2005, at approximately 6:50 p.m., in the north alley of 400 H Street, NE, Washington, DC.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451058

_____
Brian Rogers
Assistant United States Attorney
Maryland Bar
Federal Major Crimes Section
555 4th Street, NW, Room 4712
Washington, DC 20530
(202) 616-1478