UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cr. No. 05-425 (RCL) |
| ) | |
| EDWARD OLIVER, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S PROPOSED JURY INSTRUCTIONS**

The Defendant, Edward Oliver, through undersigned counsel, respectfully requests that the following Jury Instructions from the <u>Criminal Jury Instructions for the District of Columbia</u>, "Red Book" be given at the conclusion of the trial in this case:[1]

**I.    General Instructions**

    1.02    Notetaking

    1.03     Preliminary Instruction Before Trial

    1.04A  Stipulation of Fact

    1.05    Cautionary Instructions (as per Court's practice)

    1.07    Question Not Evidence

    1.08    Expert Testimony

    1.10    Evaluation of Prior Inconsistent Statement of a Witness

    1.11    Evaluation of Prior Consistent Statement of a Witness

    1.12    Impeachment by Proof of Conviction of a Crime - Witness

    1.13    Impeachment by Proof of Conviction of a Crime - Defendant

---

[1] Mr. Oliver also reserves his right to submit a theory-of-defense instruction, to propose additional instructions based upon the evidence at trial, and to revise these instructions if necessary.

1.14 Impeachment of Defendant - Statements

1.22 A Juror's Recognition of a Witness or Other Party Connected to the Case

2.01 Function of the Court

2.02 Function of the Jury

2.03 Jury's Recollection Controls

2.04 Evidence in the Case

2.05 Statements of Counsel

2.06 Indictment is not Evidence

2.07 Inadmissible and Stricken Evidence

2.08 Burden of Proof – Presumption of Innocence

2.09 Reasonable Doubt (<u>Smith v. United States</u> 709 A.2d 78 (D.C. 1998))

2.10 Direct and Circumstantial Evidence

2.11 Credibility of Witnesses

2.14 Nature of the Charges not to be Considered

2.26 Police Officer's Testimony

2.27 Failure of Defendant to Testify

2.28 Defendant as Witness

2.30 Transcripts of Tape Recordings

2.52 Multiple Counts - One Defendant

II. **<u>Instructions Concerning Charged Offenses</u>**

    A. **Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year - 18 U.S.C. § 922(g)(1)**

Mr. Edward Oliver is charged in Count One of the indictment with Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year. In order for the defendant to be found guilty of the charge the government must prove each of the following three elements beyond a reasonable doubt:

One: Mr. Edward Oliver knowingly possessed the firearm described in Count One of the indictment;

Two: Mr. Edward Oliver has, prior to November 2, 2005, been convicted of a crime punishable by imprisonment for a term exceeding one year; and

Three: The firearm was shipped, transported or delivered through interstate or foreign commerce into the District of Columbia at some point prior to November 2, 2005.

**B.    Simple Possession of a Controlled Substance - 21 U.S.C. § 844(a)**

Mr. Edward Oliver is charged in Count Two of the indictment with Simple Possession of a Controlled Substance. In order for the defendant to be found guilty of the charge the government must prove each of the following elements beyond a reasonable doubt:

One: Mr. Edward Oliver knowingly and intentionally possessed a detectable amount of cannabis, also known as marijuana, as described in Count Two of the indictment;

Two: At the time of such possession, the defendant knew that this substance was marijuana.

III.  **Definitions and Proof**

    3.02    Proof of State of Mind

    3.07    "On or About" – Proof of

    3.08    Possession - Defined

IV.  **Defenses**

    5.01    Defendant's Theory of the Case

    5.06    Identification

V.  **Closing Instructions**

    2.71    Election of a Foreperson

    2.72    Unanimity

    2.73    Exhibits During Deliberations

    2.75    Communications Between Court and Jury

    2.76    Furnishing Jury With Copy of Instructions

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

  /s/
_____

Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500